IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TROY MAGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 05-0633-WS-M |
| | ) |
| CITY OF DAPHNE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting defendants' Motion for Summary Judgment (doc. 38), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 20th day of December, 2006.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE